IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC NELS YERKES<br><br>     Plaintiff<br><br>  v.<br><br>FIRST LINCOLN HOLDINGS, LLC, *et al.*<br><br>     Defendants | CIVIL ACTION<br><br>DOCKET NO. 1:14-cv-05925-RMB-JS<br><br>*Jury Trial Demanded*<br><br>*Filed Electronically* |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Eric Nels Yerkes, by and through his undersigned attorneys, hereby discontinues this action in its entirety, without prejudice and without costs to any party.

Respectfully submitted,

*/s/ Melissa A. Bozeman*
Oliver D. Griffin
Melissa A. Bozeman
Kutak Rock LLP
Two Liberty Place
50 S. 16th Street, Suite 28B
Philadelphia, PA 19102
Telephone: (215) 299-4384
Facsimile: (215) 981-0719
*Attorneys for Plaintiff*

Dated:  April 25, 2016

## CERTIFICATE OF SERVICE

      I, Melissa A. Bozeman, do hereby certify that I have filed a true and correct copy of the foregoing Notice of Voluntary Dismissal upon all counsel of record via the ECF system this 25th day of April, 2016.

                                                */s/ Melissa A. Bozeman*
                                                Melissa A. Bozeman